IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROL ROBINSON,**<br>           **Plaintiff,**<br><br>       v.<br><br>**SEPTA,**<br>**ALETA EVANS,**<br>           **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-4572** |

# O R D E R

**AND NOW**, this 31st day of July, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 47), Plaintiff's Response (ECF No. 48), and the reply thereto (ECF No. 49), **IT IS ORDERED** that the Motion to Dismiss is **DENIED**. Defendant shall file an answer within 21 days of the date of this Order. In addition, the Clerk of Court shall correct the case caption to reflect the proper spelling of Defendant Evans' first name, to "Aleta Evans."

                                                              **BY THE COURT:**

                                                              **/s/ Hon. Kelley B. Hodge**
                                                              _____
                                                                     **HODGE, KELLEY B., J.**